AO 121 (Rev 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO: 1:19-cv-04834   DATE FILED: 5/23/2019 | United States District Court - Southern District of New York |
| PLAINTIFF | DEFENDANT |
| STRIKE 3 HOLDINGS, LLC | JOHN DOE subscriber assigned IP address 98.14.121.168 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | 9/30/2019 |
| CLERK: Ruby J. Krajick | (BY) DEPUTY CLERK | DATE: 10/2/2019 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 41  
**IP Address:** 98.14.121.168  
**ISP:** Spectrum

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 3B5C703DC819B27E0C00605E7B636F3BFF4A66D7 | 02/07/2019 20:08:40 | Tushy | 02/05/2019 | 02/22/2019 | PA0002155146 |
| 2 | 086FB726BF8CE83ACC1EB131151CE827A79297C1 | 09/10/2018 13:09:49 | Tushy | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 3 | 0D5FB0229BB896030F25C3B8B468E2B54000B9E1 | 11/26/2018 21:01:04 | Vixen | 11/25/2018 | 01/22/2019 | PA0002149840 |
| 4 | 1D4F8BC60FF91E4A8991397E26BFAA8545914E58 | 11/16/2018 16:13:48 | Vixen | 11/15/2018 | 12/10/2018 | PA0002145829 |
| 5 | 1E1DD6C50EC3B406AC1493816D950061A2B87920 | 12/07/2018 20:39:47 | Vixen | 12/05/2018 | 12/18/2018 | PA0002141920 |
| 6 | 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96 | 10/28/2018 00:57:39 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 7 | 212233EE2FCA29382E08E89DEC524AA4AAAF6E88 | 11/21/2018 21:54:09 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 8 | 245BA267DA376101FB938D4952C9A96634CCF445 | 01/16/2019 18:35:42 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 9 | 2C3F08BB4CFA7020E32D18E58E43DF58E4C50C71 | 11/17/2018 16:10:18 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 10 | 2C87C60C1780C78E400F9EF552F85B1954FE1985 | 01/08/2019 15:03:42 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 11 | 2E7B29DF6942698B491C8414854BA5C887547668 | 10/22/2018 21:51:25 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 12 | 2FEF8C6862CCC28341F10FF8FB905E9CB161F500 | 11/09/2018 21:12:27 | Blacked Raw | 11/08/2018 | 12/10/2018 | PA0002145833 |
| 13 | 37440CD1F4DD80A2187A58E0C31892DCE01FA6F8 | 09/30/2018 15:11:38 | Blacked Raw | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 14 | 3A5C2DBF4856EEEAADADD006FD28DFFF9FECDEFD | 11/19/2018 00:03:35 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 15 | 4615FF136FFFC87A2B164521D04F6EF3E16D8EC4 | 11/21/2018 21:53:40 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 16 | 498C38E65A191A26E153A7D80BCFBCA20069BDFD | 01/18/2019 16:15:33 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 17 | 53DD9DA9E0B24B4961098D0683C348309445E260 | 12/26/2018 18:16:19 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 6705A9221F3ABFC0BDB3C52985C462563CA3452A | 11/21/2018 21:55:27 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 19 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | 09/10/2018 13:09:16 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 20 | 73E574E4F56CCBD035DDBA1FCF86A994B22BDB6F | 03/20/2019 20:05:52 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 21 | 7B364338CD90FC951B3F536B186EBA30DE4246FC | 11/29/2018 05:10:28 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 22 | 87F8CF6CF74A8301642CDC1C72FBC192A790A9B2 | 01/13/2019 05:37:10 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 23 | 8BCB7B06AB36EDCC1B53F56BC6B1329DB9D48900 | 01/22/2019 20:24:06 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 24 | 8FEB7B713AAC2A4F8565238C5357FCE88E9CE896 | 10/22/2018 21:54:26 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 25 | 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E | 09/18/2018 21:07:54 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 26 | A9ED70EE5C0527DDC912EFFBCA1E09E8771F8A99 | 10/24/2018 17:28:20 | Vixen | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 27 | AA9D6ED52E9FECEA19124A8F7FE433617F801994 | 01/11/2019 19:10:22 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 28 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | 09/13/2018 18:56:49 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 29 | B3D0AFF7AF8B13A26C8D737D478387C9F742628D | 10/24/2018 13:49:11 | Tushy | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 30 | B606ABAA47476F9563F9F17086AF3C58F57D4960 | 01/16/2019 18:34:46 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 31 | C49AEC5636CEE48A256215D292AA9529A653CBDD | 01/21/2019 03:39:28 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |
| 32 | C895A08BD5AA43714586882751530C83B9DDB6C9 | 11/28/2018 16:43:56 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 33 | CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A | 11/07/2018 16:26:55 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 34 | D35DE91797823D90CFD9EAB5A55CF23E8D37AB3A | 01/01/2019 15:14:21 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 35 | DB96A7BA37F3DA55AE4BFC5882FD07052B7F3B8D | 01/20/2019 05:45:19 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 36 | E07B0CB11FA4E0CB1233683007C196D8B119C5BE | 12/26/2018 18:26:07 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | E68567885975599770ABE6F598C5BF3A7BE5DDCD | 12/02/2018 06:27:21 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 38 | E84318F2F7FB9B4CDF76506BA67BC638FF1ECDCF | 12/03/2018 16:15:22 | Tushy | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 39 | EDFD5B0544B87B99A1EF4B3B8B8C61C4B9F67E5D | 12/07/2018 03:58:14 | Blacked | 12/06/2018 | 12/18/2018 | PA0002141921 |
| 40 | F2F941EC25688A92844C63832B4D7F3507776747 | 12/14/2018 06:12:24 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 41 | FBB1E3387B5D032B30B9137E05F516E696DC5CC5 | 11/13/2018 00:15:26 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
## FOLEY SQUARE DIVISION

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

v.

JOHN DOE, subscriber assigned IP
address 98.14.121.168,

        Defendant.

Case No. 1:19-cv-04834-VM

Judge Victor Marrero

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 98.14.121.168. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 30, 2019

Respectfully submitted,

By:    /s/ *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James

2